# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-19549 |
| | ) | |
| TOMEKA Y. ANDERSON | ) | Chapter 13 |
| AND MARCUS W. ANDERSON, | ) | |
| Debtor(s). | ) | Judge HUNT |

## NOTICE OF MOTION

*To the following persons or entities who were served via email by the Bankruptcy Court:*

Glenn Stearns, Chapter 13 Trustee: mcguckin_m@lisle.com

*To the following persons or entities who were served via regular U.S. Mail:*

Tomeka and Marcus Anderson, 1485 Main St., Crete, IL 60417

PLEASE TAKE NOTICE that on April 17, 2020 at 10:15 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Hunt, 150 W. Jefferson St., 2nd Floor, Joliet, IL 60432 (or any other place posted, or before any other Judge who may be sitting in his/her place and stead), and present the attached **Motion to Vacate Payroll Order**, at which time and place you may appear.

/s/ Christine H. Clar

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on March 18, 2020.

/s/ Christine H. Clar

Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100
davidsiegelbk@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-19549 |
| | ) | |
| TOMEKA Y. ANDERSON | ) | Chapter 13 |
| AND MARCUS W. ANDERSON, | ) | |
| Debtor(s). | ) | Judge HUNT |

## MOTION TO VACATE PAYROLL ORDERS

NOW COMES the Debtor(s), by and through their attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC to present their Motion, and in support thereof state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On July 12, 2019, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Glenn Stearns was appointed Trustee, and the Chapter 13 plan was confirmed on September 13, 2019.

3. On July 15, 2019 the Debtors submitted a proposed payroll deduction order to this Honorable Court and the order was entered on July 16, 2019 (Exhibit A). The order provides that $525.00 shall come from Mr. Anderson's paycheck to be sent to the Trustee. The order also provides that the employer shall change the amount or stop the deduction upon written notice from the Trustee.

4. Mr. Anderson's pay has been severely cut and may even stop as he works for the hotel industry, which has been hit by the coronavirus pandemic.

5. The Debtors ask for this change to the payroll orders so that they may pay for their normal everyday expenses, including food and housing. They understand that this situation can only go on so long before their case is dismissed.

   WHEREFORE, the Debtors pray that this Honorable Court enter an Order to Vacate the Payroll Order, and for other such relief as the Court deems fair and proper.

                Respectfully Submitted,

                /s/ Christine H. Clar

                Christine H. Clar, A.R.D.C. #6202332
                Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  Marcus Anderson ) Case No.  19-19549
      1458 Main Street )
      Crete, IL 60417 ) Chapter 13
       )
SSN:  XXX-XX- 0562      Debtors ) Honorable Pamela S. Hollis

**ORDER TO EMPLOYER TO PAY THE TRUSTEE**

To: Hilton Management, LLC.
    755 Crossover Lane
    Memphis, TN 38117

    Attn: Payroll Department

WHEREAS, the above named debtor has submitted a plan to pay his/her debts out of his/her future earnings, and by his/her plan submits all of his/her future earnings to the supervision and control of this Court for the purpose of carrying out the Plan:

NOW IT IS THEREFORE ORDERED, that until further order of this Court, Hilton Management, LLC. , employer of Marcus Anderson , deduct from the earnings of the debtor the sum of $525.00 each month beginning on the next pay day following the receipt of this order and to pay the sum so deducted to , Glenn Stearns, Trustee at least once a month at the following address:

                Glenn Stearns Chapter 13 Trustee
                P.O. Box 2368
                Memphis, TN 38101-2368

IT IS FURTHER ORDERED, that the employer shall stop or change the deduction upon written notice from the Trustee;

IT IS FURTHER ORDERED, that the employer shall notify the Trustee if the employment of the debtor is terminated and the reason for such termination;

IT IS FURTHER ORDERED, that all earnings of the debtor, except amounts required to be withheld by the provisions of Federal or State law or for insurance, pension or union dues, be paid to the debtor and that no deduction other than authorized or directed by this order be made by the employer.

                                                FOR THE COURT

Date Entered:  7/16/2019                  /s/ Jeffrey P. Allsteadt   MP

                                            Jeffrey Allsteadt, Clerk, United States Bankruptcy Court

**Debtor or Attorney Signature** /s/ David M. Siegel       Date: 07/15/2019

[✓]  I agree to entry of this order without further notice or hearing.

[ ]  Check this box if the debtor has agreed to the entry of this order without further notice or hearing through Section I of the Chapter 13 Plan.

Form No. 25