## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-19549 |
| | ) | |
| Tomeka and Marcus Anderson, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

### NOTICE OF MOTION

TO: See attached Service List

   PLEASE TAKE NOTICE that on September 11, 2020, at 10:15 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, or any other judge sitting in that judge's place, and present the Debtor's **Motion to Modify Plan**, a copy of which is attached.

   **This motion will be presented and heard telephonically using AT&T Teleconference.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.

   **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Tomeka and Marcus Anderson, Debtors

By:     /s/ John J. Ellmann

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com

### CERTIFICATE OF SERVICE

   I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on August 20, 2020, at or before 5:00 pm.

       /s/ John J. Ellmann

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee: mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Tomeka and Marcus Anderson
1485 Main Street
Crete, IL 60417

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

US Department of Education/MOHELA
633 Spirit Dr
Chesterfield, MO 63005

CarMax Auto Finance dba CarMax Business Services,
225 Chastain Meadows Court,
Suite 210
Kennesaw, GA 30144

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Ingalls Hospital
One Ingalls Drive
Harvey IL 60426

First Financial Investment Fund Holdings, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Fair Square Financial LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Credit Union 1
Attn: Legal Ops Dept.
2651 Paseo Verde Pkwy.
Henderson, NV 89074

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

CREDIT UNION 1
C/O MARKOFF LAW LLC
29 N WACKER DR. SUITE 1010
CHICAGO, IL 60606

Portfolio Recovery Associates, LLC
c/o Jc Penney Credit Card
POB 41067
Norfolk VA 23541

Sullivan Urgent Aid Centers, LTD
PO Box 1123
Minneapolis, MN 55440-1123

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Portfolio Recovery Associates, LLC
c/o Art Van Furniture
POB 41067
Norfolk VA 23541

JPMorgan Chase Bank, NA
c/o CARRINGTON MORTGAGE
SERVICES,
LLC BANKRUPTCY DEPT.
P.O. BOX 3730
ANAHEIM, CA 92806

TD BANK USA, N.A.
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

ILLINOIS DEPARTMENT OF REVENUE-
BANKRUPTCY
PO BOX 19035
SPRINGFIELD, IL 62794-9035

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 19-19549 |
| | ) | |
| Tomeka and Marcus Anderson, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

### MOTION TO MODIFY PLAN

NOW COME the Debtors, by and through their attorneys, David M. Siegel & Associates, LLC, and in support of this Motion state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On July 12, 2019, the Debtors filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, Glenn Stearns was appointed trustee, and the plan was confirmed on September 13, 2019.

3. The Debtors fell behind in their Trustee payments and couldn't catch up after Marcus Anderson was furloughed from his job due to the COVID-19 pandemic.

4. The Debtors started receiving unemployment benefits and have resumed sending payments to the Trustee. Marcus Anderson is scheduled to return to work on October 1, 2020 as COVID-19 related restrictions have eased.

5. The Debtors can continue making payments to the Trustee, but cannot cure the default.

6. The Debtors propose to amend their chapter 13 plan pursuant to 11 U.S.C. §1329 and per the Coronavirus Aid, Relief and Economic Security (CARES) Act to defer the payment default to the end of the plan. The Debtors make this proposal in good faith and with the intention of completing their chapter 13 plan.

7. Deferring the payment default will not cause the confirmed chapter 13 plan to run longer

than 84 months.

WHEREFORE the Debtors pray this Honorable Court enter an order modifying the plan and for other such relief as this Court deems just and proper.

Respectfully Submitted,

_____/s/ John J. Ellmann_____

John J. Ellmann A.R.D.C. #6257894
Attorney for the Debtors

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-810