IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Tomeka & Marcus Anderson | ) | 19 B 19549 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge Hunt |

### NOTICE OF OBJECTION

Please take notice that the Glenn Stearns, Chapter 13 Trustee objects to the Debtor's motion to incur debt:

1) No amended schedule J has been filed to support the proposed vehicle payment as it is greater than the prior vehicle payment.

Glenn Stearns, Trustee;

_____/s/_____
By: Gerald Mylander

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL 60532