UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-19549 |
| TOMEKA AND | ) | (Jointly Administered) |
| MARCUS ANDERSON | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO INCUR DEBT

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtors are granted leave to obtain financing in the amount of up to $45,571.68 with financing of an annual percentage rate of up to 13.70% with monthly payments of up to $632.94 per month for a 2018 Buick Enclave or similar vehicle.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 03, 2021

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com